# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER LYNN KING,<br>    Plaintiff, | )<br>)<br>)   Civil Action No.: 3:20-cv-0479<br>) |
| v. | )<br>) |
| KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security,<br>    Defendant. | )   Magistrate Judge Peter B. Silvain, Jr.<br>)<br>)<br>)<br>)<br>) |

## ORDER

This cause coming before the Court on the motion and stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby:

ORDERED that the joint motion to remand pursuant to sentence four of 42 U.S.C. § 405(g) is accepted.  The Commissioner's decision is remanded for further administrative proceedings.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ's) decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

November 9, 2021                                                         *s/Peter B. Silvain, Jr.*
                                                                                      Peter B. Silvain, Jr.
                                                                                      United States Magistrate Judge